

FILED

04/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0162

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0162

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JOHN RYAN,

    Defendant and Appellant.

FILED

APR 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, John Ryan has filed a verified Petition for Out-of-Time Appeal and moves this Court for appointment of counsel in this appeal. This Court amends the caption to comport with the District Court. M. R. App. P. 2(4).

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

As grounds, Ryan indicates that he discussed filing a timely appeal with his attorney but that his attorney failed to file his appeal. He explains that his counsel "is in the throes of retiring and letting his license expire," and that because he is placed in WATCh East, he has limited ability to obtain documents and to appeal. He states that he has included a copy of the final judgment. We observe that no judgment was attached to his Petition.

Available electronic records indicate that in open court, on December 2, 2021, the Eleventh Judicial District Court, Flathead County, sentenced Ryan for felony driving under the influence (4th or subsequent) to the Department of Corrections (DOC) for thirteen months, followed by a three-year, suspended DOC commitment.

Ryan has a recent conviction and sentence. He has moved for counsel to represent him, and he may be entitled to representation of counsel. Section 46-8-104, MCA. Therefore,

IT IS ORDERED that Ryan's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender Division is APPOINTED to represent John Ryan. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. In the event that Ryan qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division; counsel of record; Travis R. Ahner, Flathead County Attorney, and to John Ryan.

DATED this 12 day of April, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2